# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KOLE JAX DESIGNS LLC,<br>*Defendant(s)* | Civil Action No. 1:25-cv-193 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kole Jax Designs, LLC
c/o Karen Frederick
Registered Agent
7301 225th Ave. Ct. E
Buckley, WA 98321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
P: (508) 221-1510
anthony@paronichlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/17/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-193

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 315 39th Ave SW, Suite #2 Puyallup, WA 98373 on *(date)* August 8, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/12/25

*Server's signature*

Sarah Beard
*Printed name and title*

11336 SE 227th PL Kent, WA 98031
*Server's address*

Additional information regarding attempted service, etc:


# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Tennessee

| | |
|---|---|
| **Sheri Butler Brockington** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-193 |
| ) | |
| ) | |
| **Kole Jax Designs LLC** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

Executed in _____,

\_\_\_\_\_on _____.

_____

Exhibit 1a)



Exhibit 1b)

