UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Plaintiff,
v.
Kole Jax Designs, LLC,
Defendant.

Case No. 1:25-cv-00193

# MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

Defendant Kole Jax Designs, LLC ("Defendant"), by and through its undersigned owner, respectfully moves this Court for an extension of time to retain counsel and respond to the Complaint.

In support, Defendant states as follows:

1. Defendant is a small business LLC with limited financial resources.

2. Defendant understands that an LLC cannot represent itself in federal court and must appear through licensed counsel.

3. Defendant's owner resides in Washington State, and Defendant is therefore required to secure counsel admitted to practice in Tennessee to represent the LLC in this matter.

4. Locating, consulting with, and retaining out-of-state counsel has proven especially challenging due to both distance and financial hardship.

5. Defendant is actively seeking representation and intends to comply fully with the Court's requirements once counsel is retained.

6. Defendant also notes that its Terms of Service include a binding arbitration clause and class action waiver, which Defendant believes provide a meritorious defense to Plaintiff's claims. Counsel will need to review and present this issue properly before the Court.

7. Additionally, the Complaint raises issues under the Telephone Consumer Protection Act ("TCPA") that Defendant believes cannot be properly adjudicated without discovery and briefing, including whether the named Plaintiff is a proper class representative, whether numerosity and commonality requirements are satisfied, and whether Plaintiff personally subscribed to receive text messages. Defendant's internal records reflect that all subscribers affirmatively opted in, but counsel is needed to present this evidence and argument properly.

8. Plaintiff's counsel has agreed, by email, not to move for default judgment for an additional 14 days. While Defendant appreciates this professional courtesy, that

agreement does not alter the Court's deadlines, and Defendant respectfully requests a formal extension from the Court itself.

9. Because of the difficulty of locating Tennessee counsel from Washington State, Defendant requests a 30-day extension to ensure adequate time to secure representation.

10. This request is made in good faith and not for the purpose of delay. Granting this extension will allow Defendant to obtain representation so that this matter may be addressed on the merits rather than by default.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of **30 days** from the current deadline to allow time to retain counsel and file a responsive pleading.

Respectfully submitted,

*[signature]*

Karen Frederick, Owner
Kole Jax Designs, LLC
315 39th Ave SW Suite 2 Puyallup WA 98373 – Washington State
253-307-7203

CERTIFICATE OF SERVICE

I hereby certify that on 09.02.2025, a true and correct copy of the foregoing Motion was served via U.S. Mail upon counsel for Plaintiff at:

Anthony Paronich

Paronich Law, P.C

350 Lincoln St., Suite 2400
Hingham, MA 02043

**anthony@paronichlaw.com**

_____

Owner, Kole Jax Designs, LLC