**Karen Frederick**
Owner, Kole Jax Designs, LLC
315 39th Ave SW Suite 2– Washington State
Puyallup, WA 98373
253-307-7203
Email: Karen@kolejax.com

Date: September 2nd, 2025

**Clerk of Court**
U.S. District Court, Eastern District of Tennessee
Chattanooga Division
900 Georgia Avenue, Room 309
Chattanooga, TN 37402

Re: *Plaintiff v. Kole Jax Designs, LLC*
Case No. 1:25-cv-00193

Dear Clerk of Court,

Enclosed please find the original **Motion for Extension of Time to Retain Counsel** for filing in the above-captioned matter.

I respectfully request that the enclosed motion be docketed and forwarded to the presiding judge for consideration.

Please file-stamp the enclosed copy and return it to me in the self-addressed stamped envelope provided for my records.

Thank you for your assistance.

Respectfully submitted,

*/s/ Karen Frederick*

Karen Frederick
Owner, Kole Jax Designs, LLC

RECEIVED
SEP 12 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga



U.S. POSTAGE PAID
FCM LG ENV
SUMNER, WA 98390
SEP 02, 2025
$11.87
S2324M504933-6

Retail
RDC 99
37402

CLERK OF COURT
U.S. DISTRICT COURT, EASTERN DISTRICT
CHATTANOOGA DIVISION
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TN 37402

FROM:
Kove Jar Designs, LLC
315 37TH AVE SW
SUITE 2
PUYALLUP WA 98373

X-RAYED