UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25−cv−00193−TRM−CHS |
| | ) |
| KOLE JAX DESIGNS, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE REGARDING REQUIREMENT TO NOTIFY COURT OF CHANGE OF ADDRESS**

If your address changes at any time during this lawsuit, you must file a notice of address change with the Clerk of Court within fourteen (14) days of the address change and serve that notice to all of the parties. Failure to do so could result in dismissal of the action. See Local Rule 83.13.