# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

**Sheri Butler Brockington,**
Plaintiff,

v.
**Kole Jax Designs, LLC,**
Defendant.

Case No. 1:25-cv-00193

# NOTICE OF CORRECT BUSINESS ADDRESS

Defendant **Kole Jax Designs, LLC** respectfully notifies the Court and all parties that the mailing address previously listed for Defendant was incorrect.

The correct and current business address for Kole Jax Designs, LLC is:

**Kole Jax Designs, LLC**
315 39th Ave SW Suite 2
Puyallup, WA 98373

Please update the Court's records so that all future correspondence, filings, and notices are sent to the correct business address listed above.

Respectfully submitted,

*/s/ Karen Frederick/*

Date: 09.12.2025

Karen Frederick
Owner, Kole Jax Designs, LLC
315 39th Ave SW
Suite 2
2533077203
karen@kolejax.com

FILED
SEP 17 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# CERTIFICATE OF SERVICE

I certify that on 09.12.2025, a true and correct copy of the foregoing Notice of Correct Business Address was served via U.S. Mail and email upon the following:

**Anthony Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Karen Frederick