**Karen Frederick**
Owner, Kole Jax Designs, LLC
315 39th Ave SW
Suite 2
2533077203
karen@kolejax.com

09.12.2025

**Clerk of Court**
United States District Court
Eastern District of Tennessee
Chattanooga Division
900 Georgia Avenue, Room 309
Chattanooga, TN 37402

Re: *Brockington v. Kole Jax Designs, LLC*
Case No. 1:25-cv-00193

**FILED**
SEP 17 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Dear Clerk of Court,

Enclosed please find a **Notice of Correct Business Address** for Defendant Kole Jax Designs, LLC. The Court's records currently reflect an outdated address, and this filing provides the correct mailing address for all future correspondence and notices.

Please update the docket accordingly.

Thank you for your assistance.

Respectfully,

*[signature]*

Karen Frederick
Owner, Kole Jax Designs, LLC

Enclosure: Notice of Correct Business Address



# USPS GROUND ADVANTAGE™

Shipping Dept
Kole Jax Designs
315 39th Ave SW Ste 2
Puyallup WA 98373

0001

SHIP TO: Eastern District Court
900 Georgia Ave Rm 309
Chattanooga TN 37402-2259



**USPS TRACKING #**



9400 1502 0621 7276 9048 85

