# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Sheri Butler Brockington ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00193-TRM-CHS |
| Kole Jax Designs, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sheri Butler Brockington.

Date: 10/03/2025

*Attorney's signature*

Alex Phillips
*Printed name and bar number*

Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502

*Address*

aphillips@straussborrelli.com
*E-mail address*

(872) 263-1100
*Telephone number*

(872) 263-1109
*FAX number*