# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

**Sheri Butler Brockington,**
Plaintiff,

v.

**Kole Jax Designs, LLC,**
Defendant.

Case No. 1:25-cv-00193



# SUPPLEMENTAL NOTICE REGARDING GOOD FAITH

Defendant **Kole Jax Designs, LLC** submits this Notice to ensure the record accurately reflects its position.

Defendant is a small business that, like many others, has fallen on hard times due to financial hardship and has been unable to retain counsel. Defendant understands that an LLC cannot appear pro se in federal court and that default may result.

Defendant emphasizes the following:

- Any default would not be the result of willful neglect, but of financial limitations.

- Defendant maintains its innocence regarding the claims brought in this action.

- Defendant has acted in good faith and has not ignored the case or the Court.

- Plaintiff's counsel has already addressed the "wrong number" issue in communications, which confirms the central nature of that circumstance. Courts have recognized that such cases raise individualized issues not suited for class treatment.

- Defendant is further concerned that a default could be construed to admit class allegations without the proof required under Rule 23. Defendant respectfully notes that courts have recognized that certification of a class requires evidence, even in default situations, and should not be presumed based only on allegations.

- Defendant further notes that its Terms of Service include a binding arbitration provision with a class action waiver. While Defendant understands it cannot appear without counsel to properly move to compel arbitration, this Notice is intended to preserve the record that such an agreement exists between Defendant and its subscribers.

This Notice is filed so that the Court has a clear record of Defendant's good faith, transparency, and position.

Respectfully submitted,

*[signature]*

Date: 10-03-25

Karen Frederick
Owner, Kole Jax Designs, LLC
315 39th Avenue SW, Suite 2
Puyallup, WA 98373
Phone: (253) 307-7203
Email: karen@kolejax.com

# CERTIFICATE OF SERVICE

I certify that on 10-3-25 a true and correct copy of this Notice was served via U.S. Mail and email upon:

**Anthony Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ Karen Frederick*

Karen Frederick