**Karen Frederick**
Owner, Kole Jax Designs, LLC
315 39th Avenue SW, Suite 2
Puyallup, WA 98373
Phone: (253) 307-7203
Email: karen@kolejax.com

Date: 10-03-25



OCT 07 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**Clerk of Court**
United States District Court
Eastern District of Tennessee
Chattanooga Division
900 Georgia Avenue, Room 309
Chattanooga, TN 37402

Re: *Brockington v. Kole Jax Designs, LLC*
Case No. 1:25-cv-00193

Dear Clerk of Court,

Enclosed for filing in the above-referenced matter is a **Supplemental Notice Regarding Good Faith** submitted on behalf of Defendant Kole Jax Designs, LLC. This filing clarifies that any potential default would result from financial hardship and not willful neglect, and is submitted to reflect Defendant's good faith and transparency.

The Notice also reflects that Plaintiff's counsel has already raised the "wrong number" issue in communications, confirming its central relevance, and that courts have recognized such cases often present individualized issues not suited for class treatment. Additionally, the Notice preserves for the record that Defendant's Terms of Service include a binding arbitration provision with a class action waiver.

Thank you for your assistance.

Respectfully,

Karen Frederick
Owner, Kole Jax Designs, LLC

Enclosure: Supplemental Notice Regarding Good Faith

US POSTAGE & FEES PAID
1 LB PRIORITY MAIL RATE
ZONE 8
Commercial
063 S0014950389
7038554
FROM 98373
10/04/2025

# USPS PRIORITY MAIL ®

X-RAYED

0003

Shipping Dept
Kole Jax Designs
315 39th Ave SW Ste 2
Puyallup WA 98373

**SHIP TO:** Eastern District Court
900 Georgia Ave Rm 309
Chattanooga TN 37402-2259

**USPS TRACKING #**

9405 5112 0621 7815 8053 87