| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, | ) | |
| | ) | Case No. 1:25-cv-193 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| KOLE JAX DESIGNS, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is Karen Frederick's motion for an extension of time to retain counsel (Doc. 9). In the motion, Frederick appeared on behalf of Defendant Kole Jax Designs, LLC. (*See id.*) A non-attorney may not represent a corporate entity in federal court. *See, e.g.*, *QG Enters., LLC v. Bank of Am., Nat'l Ass'n*, No. 3:17-CV-154-DCP, 2018 WL 4643125, at *2 (E.D. Tenn. Sept. 27, 2018); *GRG Ventures, LLC v. DBEC, LLC*, No. 1:18-CV-755, 2019 WL 9512845, at *1 (W.D. Mich. Feb. 13, 2019). Frederick states that she owns Kole Jax Designs and is working to secure counsel. (*Id.*) Frederick seeks a 30-day extension to Defendant's deadline to answer Plaintiff's complaint. (*Id.*) Plaintiff has not responded in opposition to Frederick's motion.

Defendant was served with the complaint on August 8, 2025. (*See* Doc. 8, at 2.) As such, its time to respond to the complaint expired on August 29, 2025. *See* Fed. R. Civ. P. 12(a)(1). Frederick filed her motion for an extension on September 12, 2025, and Defendant is still yet to secure counsel for this action. While the Court understands financial limitations may place Frederick in a difficult position (*see* Doc. 13 (asserting that Frederick has made good-faith

efforts to secure counsel for Defendant, but that "financial hardship" has made this difficult)), this case must move forward. Accordingly, Defendant **SHALL** secure counsel and file a responsive pleading to Plaintiff's complaint on or before **November 7, 2025**. Plaintiff shall promptly move for the Clerk's entry of default thereafter. Frederick's motion (Doc. 9) is **DENIED AS MOOT**.

    SO ORDERED.

    /s/ *Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**