IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-00193 |
| Plaintiff, | : | |
| v. | : | |
| KOLE JAX DESIGNS LLC | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted in this 21st day of November, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

1